USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/13

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

August 7, 2013

<u>Via Electronic Mail</u>

Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Grace Ahadzie, 13-CR-123

Dear Judge Engelmayer:

I write, with the government's consent, to request an adjournment of Grace Ahadzie's sentencing, which is currently scheduled for August 26, 2013. We have not yet received Probation's final pre-sentence report, and request additional time to prepare Ms. Ahadzie's sentencing submission to the Court. Accordingly, we ask that Ms. Ahadzie's sentencing be <u>adjourned to 11:00 a.m. on September 5, 2013</u>. We also request an adjournment to the corresponding dates on which both parties' sentencing submissions are due.

Thank you for your consideration of this matter.

Granted.

SO ORDERED: 8/7/13

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Elizabeth A. Kostrzewa*
Elizabeth A. Kostrzewa
*Counsel for Ms. Ahadzie*
(212) 909-6853

cc: Carolina Fornos, Assistant U.S. Attorney (via email)
Christopher A. Flood, Assistant Federal Defender (via email)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai