UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/13

13 Cr. 123(PAE)

-v-                                            ORDER

GRACE AHADZIE,

                            Defendant.
------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:


The sentencing scheduled for September 5, 2013 at 11:00 a.m. has been rescheduled to

**October 17, 2013** at **3:30 p.m.**, to be held in Courtroom 1305 at the U.S. Courthouse, 40 Square,

New York, New York 10007.  Counsel have been notified by telephone and have confirmed the

schedule change.


        SO ORDERED.


Dated: New York, New York
        August 26, 2013                    PAUL A. ENGELMAYER
                                           UNITED STATES DISTRICT JUDGE